No. 04–7325. LOPEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–7327. ZHANG *v.* CHARLES TOWN RACES & SLOTS ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–7329. AVILA QUINONES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7332. HUDDLESTON *v.* CONNOR, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–7343. DERR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–7344. CARRENO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7348. FORD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–7349. FELICIANO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7351. GREEN *v.* FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–7352. POWELL *v.* POLK, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–7356. LIEBIG *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.